IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MONIKA SANTIAGO,

*Plaintiff*,

v.

MAIWAND GRILL AND ISHHAQ[1]
RAFIQ

*Defendants*.

Case No.: 25-3171

### DEFENDANTS' NOTICE OF REMOVAL

**To:**
**CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

PLEASE TAKE NOTICE that Defendants Maiwand Grill LLC and Eshhaq Rafiq hereby Remove this action for all further proceedings to the United States District Court for the District of Maryland, as removed from the Circuit Court for Baltimore City, Maryland. In support of removal, Defendants state as follows:

### I.    STATEMENT OF THE CASE

1.    On or about July 18, 2025, an action was commenced in the Circuit Court for

Baltimore City, Maryland, by way of the filing of a Complaint by Plaintiff

Monika Santiago ("Plaintiff"). Defendants filed a Motion to Dismiss on August

---

[1] The Complaint is incorrectly styled "Ishhaq Rafiq." Defendant's legal name is Eshhaq Rafiq.
--

23, 2025. Plaintiff then filed an Amended Complaint on August 25, 2025. The action is captioned as *Monika Santiago v. Maiwand Grill and Ishhaq Rafiq,* and was assigned Case No. C-24-CV-25-006454 (hereafter referred to as the "State Action"). On September 9, 2025, the Circuit Court for Baltimore City issued an order striking the Complaint due to deficiencies and on the same day issued a deficiency notice providing Plaintiff with 14 days to cure the deficiencies. On September 12, 2025, Plaintiff refiled her Amended Complaint.

2.    Defendants were served with Plaintiff's Amended Complaint on August 25, 2025 and then again on September 12, 2025, when Plaintiff appears to have refiled in response to the deficiency notice from the circuit court. This Notice is timely, under 28 U.S. Code §1446(b)(1).

3.    Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, and orders served upon Defendant in the State Action are filed herewith, as Exhibit A, which exhibit is being ECF-filed together with this Notice via Electronic Case Filing in the United States District Court, District of Maryland.

## II.    GROUNDS FOR REMOVAL

4.    This Court possesses jurisdiction under 28 U.S.C. §1331 as Plaintiff's Amended Complaint Count III alleges violation of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and has therefore raised a federal question. Plaintiff first alleged that this statutory provision was violated through her Amended Complaint, and this Notice of Removal is being filed within 30 days after such was served upon counsel for Defendants.

--

### III.    VENUE

5.    Venue is proper for purposes of the removal of this case in the United States

District Court for the District of Maryland because the case is being removed

from the Circuit Court of Baltimore City, Maryland.

### IV.    CONSENT OF OTHER DEFENDANTS

6.    Defendants Maiwand Grill and Eshhaq Rafiq are the only defendants; there are

no other defendants who would need to join in or consent to this Notice of

Removal.

### V.    TIMELINESS OF REMOVAL

7.    The Amended Complaint, which contains the federal question that is the basis

for jurisdiction, was served on Defendants on August 25, 2025 and the Circuit

Court for Baltimore City issued a deficiency notice and struck the Complaint on

September 9, 2025. Plaintiff refiled the Amended Complaint on September 12,

2025, which was served on Defendants via the court's e-filing system on the

same day. Thus, Defendants are timely filing this Notice of Removal within the

30-day time period required by 28 U.S.C. §1446(b).

### VI.    NOTICE OF REMOVAL GIVEN TO STATE COURT

8.    Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being filed

with the Circuit Court for Baltimore City, Maryland.

WHEREFORE, Defendants hereby gives Notice of the Removal of this action to

the United States District Court, District of Maryland.

--

Dated: September 16, 2025                    Respectfully submitted,


                                             /s/ *John B. Flood*

                                             _____
                                             John B. Flood, Esq. (CPF # 0506100001)
                                             Flood Law LLC
                                             2600 Tower Oaks Blvd, Suite 290
                                             Rockville, MD 20852
                                             Tel.: (240) 403-2619
                                             Email: john@fmlaw.org
                                             *Counsel for Defendants*

--

## CERTIFICATE OF SERVICE

I certify that on September 16, 2025, the foregoing was served by mail and electronic mail upon the following:

Monika Santiago
300 N. Charles Street, Apt. 407
Baltimore, MD 21201
Email: mnksntg@gmail.com

/s/ *John B. Flood*

_____

John B. Flood
*Counsel for Defendants*

--
5